

IN THE UNITED STATES DISTRICT COURT FOR
THEEASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:26cr 27 |
| | ) | |
| v. | ) | 18 U.S.C. § 1014 |
| | ) | False Statement on Loan Application |
| | ) | (Counts 1-5) |
| CEDRICK A. CLARK, | ) | |
| | ) | 18 U.S.C. § 1028A |
| Defendant. | ) | Aggravated Identity Theft |
| | ) | (Counts 6-10) |
| | ) | |
| | ) | 18 U.S.C. § 982(a)(2)(A) |
| | ) | Asset Forfeiture |

INDICTMENT

April 2026 Term - At Newport News, Virginia

GENERAL ALLEGATIONS

1.      Park View Federal Credit Union, Digital Federal Credit Union, 1st Advantage Federal Credit Union are all federal credit unions with accounts insured by the National Credit Union Insurance Fund. Wells Fargo Bank and Old Point National Bank are financial institutions, the accounts of which are insured by the Federal Deposit Insurance Corporation.

2.      The defendant, CEDRICK A. CLARK, was a resident of Hampton, Virginia, within the Eastern District of Virginia.

3.      On March 16, 2022, the defendant fraudulently used the identifying information of G.C., including G.C.'s date of birth and Social Security Account Number, to obtain a loan from Lendmark Financial Services in connection with the purchase of an Audi automobile.

4.      In or about May 2023, the defendant fraudulently used the identifying information (including a fraudulent identification) of W.R. (including W.R.'s date of birth and

Social Security Account Number) to purchase a Tesla automobile from LA Auto Star and in an application for a loan from Park View Federal Credit Union

5. On or about June 4, 2023, the defendant fraudulently used the identifying information (including a fraudulent identification) of C.B. (including C.B.'s date of birth and Social Security Account Number) to purchase a 2023 motorcycle from Cycle World in Virginia Beach, Virginia, through Digital Federal Credit Union. The defendant also used the fraudulent identification of C.B. to open a CashApp account.

6. On or about January 24, 2024, the defendant fraudulently used the identifying information of H.D. (including H.D.'s date of birth and Social Security Account Number) to apply for and obtain a Wells Fargo credit card with a $10,000 limit. The defendant was subsequently captured on ATM surveillance using this credit card on June 4, 2024, in Hampton, Virginia.

7. On or about April 12, 2024, the defendant fraudulently used the identifying information (including a fraudulent identification) of T.S. (including T.S.'s date of birth and Social Security Account Number) in an application for a credit card through 1st Advantage Federal Credit Union.

8. On or about May 7, 2024, the defendant fraudulently used the identifying information (including a fraudulent identification) of G.R. (including G.R.'s date of birth) in obtaining a car loan from Old Point National Bank, related to the purchase of a 2015 Chevy Colorado.

9. On or about May 30, 2024, the defendant fraudulently used the identifying information (including a fraudulent identification) of J.H. (including J.H.'s date of birth and Social Security Account Number) in an attempt to obtain an $1,800 loan with OneMain Financial.

10. On or about June 6, 2024, the defendant fraudulently used the identifying information of J.T. in an attempt to obtain a $5,000 loan through OneMain Financial.

11. On or about June 8, 2024, the defendant fraudulently the identifying information (including a fraudulent identification) of J.T. (including date of birth and Social Security Account Number) in an attempt to open an account with Wells Fargo and an attempt to obtain a $5,000 loan with One Financial Bank.

12. On June 21, 2024, in Hampton, Virginia, the defendant was found in possession of multiple fraudulent identifications, including identifications with the information of others and the defendant's photograph, including J.T. and J.H. as referenced herein.

13. On or about October 29, 2024, the defendant fraudulently used the identifying information (including fraudulent identification) of J.M. (including date of birth and Social Security Account Number) to purchase a 2015 Mercedes Benz through a loan with Lendmark Financial.

<u>COUNTS ONE THROUGH FIVE</u>

THE GRAND JURY CHARGES THAT:

1.    The Grand Jury realleges and incorporates by reference the General Allegation section contained above, as if fully set forth herein.

2.    On or about the dates set forth herein, in the Eastern District of Virginia, CEDRICK A. CLARK, the defendant herein, knowingly made the following false statements for the purpose of influencing the action of the following federal credit unions and financial institutions, in connection with the loan and credit applications described herein:

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|---|---|---|
| 1 | May 2023 | Defendant fraudulently used the identifying information of W.R. to purchase a Tesla automobile from LA Auto Star and in an application for a loan from Park View Federal Credit Union. |
| 2 | June 4, 2023 | Defendant fraudulently used the identifying information of C.B. to purchase a 2023 motorcycle from Cycle World in Virginia Beach, Virginia, through Digital Federal Credit Union. |
| 3 | January 24, 2024 | Defendant fraudulently used the identifying information of H.D. to apply for and obtain a Wells Fargo credit card with a $10,000 limit. |
| 4 | April 12, 2024 | Defendant fraudulently used the identifying information of T.S. in an application for a credit card through 1st Advantage Federal Credit Union. |
| 5 | May 7, 2024 | Defendant fraudulently used the identifying information of G.R. in obtaining a car loan from Old Point National Bank, related to the purchase of a 2015 Chevy Colorado. |

(In violation of Title 18, United States Code, Section 1014).

COUNTS SIX THROUGH TEN

THE GRAND JURY FURTHER CHARGES THAT:

1.      The Grand Jury realleges and incorporates by reference the General Allegation section and the factual allegations contained in Counts One through Five, as if fully set forth herein.

2       On or about the dates set forth herein, in the Eastern District of Virginia, CEDRICK A. CLARK, the defendant herein, did unlawfully, knowingly and intentionally use, without lawful authority, a means of identification of another during and in relation to felony violations of a provision contained in Chapter 47 of Title 18, to wit: false statements in connection with loan applications, in violation of Title 18, United States Code, Section 1014, all as charged in Counts One through Five of this Indictment:

| Count | Date of Transaction (on or about) | Means of Identification | Description/Purpose of Transaction | Felony Violation |
|---|---|---|---|---|
| 6 | May 2023 | Date of Birth (xx/xx/1991) and Social Security Account Number (ending 1608) of W.R. | Defendant fraudulently used the identifying information of W.R. to purchase a Tesla automobile from LA Auto Star and in an application for a loan from Park View Federal Credit Union. | 18 U.S.C. § 1014 (ref. Count 1) |
| 7 | June 4, 2023 | Date of Birth (xx/xx/1989) and Social Security Account Number (ending 5892) of C.B. | Defendant fraudulently used the identifying information of C.B. to purchase a 2023 motorcycle from Cycle World in Virginia Beach, | 18 U.S.C. § 1014 (ref. Count 2) |

| | | | | |
|---|---|---|---|---|
| | | | Virginia, through Digital Federal Credit Union. | |
| 8 | January 24, 2024 | Date of Birth (xx/xx/1967) and Social Security Account Number (ending 3113) of H.D. | Defendant fraudulently used the identifying information of H.D. to apply for and obtain a Wells Fargo credit card with a $10,000 limit. | 18 U.S.C. § 1014 (ref. Count 3) |
| 9 | April 12, 2024 | Date of Birth (xx/xx/1995) and Social Security Account Number (ending 8187) of T.S. | Defendant fraudulently used the identifying information of T.S. in an application for a credit card through 1st Advantage Federal Credit Union. | 18 U.S.C. §§ 1014 (ref. Count 4) |
| 10 | May 7, 2024 | Date of Birth (xx/xx/3247) of G.R. | Defendant fraudulently used the identifying information of G.R. in obtaining a car loan from Old Point National Bank, related to the purchase of a 2015 Chevy Colorado. | 18 U.S.C. § 1014 (ref. Count 5) |

(In violation of Title 18, United States Code, Section 1028A(a)(1) and (c)).

6

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in Counts One through Five of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, United States Code, Section 982(a)(2)(A)).

7

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

United States v. Cedrick A. Clark, 4:26cr _27_

A TRUE BILL:

REDACTED COPY

F O R E P E R S O N

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: _____

Brian J. Samuels
Assistant United States Attorney
Virginia State Bar # 65898
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866

8